UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Xi Tang and Zhong Ping Li,
Individually and on behalf of all other employees
similarly situated,


Plaintiff,

          -against-

Incare Metal Holdings, Corp.,
Tian Xin Situ, and
Carol "Doe",

                      Defendants.

----------------------------------------------------------------X

**VOLUNTARY DISMISSAL
WITH PREJUDICE**

**Civil Action No.** 20-cv-00935

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

        The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY

_____3/1_____, 2021

**LAW OFFICE OF VINCENT S. WONG**

_____
Michael Brand, Esq.
39 Broadway, Suite 306
New York, NY  10002
*(212)* 961-7691
*Attorneys for Plaintiff*

Dated: _New York_, NY

_____1/12_____, 2021

**TSAI PLLC**

_____
Joey Tsai, Esq.
535 Fifth Avenue, Fourth Floor
New York, NY 10017
T. 646-829-9001
E. jtsai@tsaipllc.com
*Attorneys for Defendants*

        SO ORDERED this _____ day of _____, 2021:


_____
Judge Sanket J. Bulsara